HAAS TOBACCO COMPANY, Appellant, *v.* AMERICAN FIDELITY COMPANY, Respondent.

Reported below, 178 App. Div. 267.

(Submitted June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from a judgment entered May 17, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action upon a policy of liability insurance.

The motion was made upon the ground that there was no basis in law for submission to the jury of the questions involved.

37

*Charles Newton* for motion.

*Henry W. Killeen* opposed.

Motion denied, with ten dollars costs.